# COURTROOM MINUTES
# CRIMINAL

DATE: 5/28/2021  DAY: Friday  START TIME: 8:59 am  END TIME: 9:11 am
JUDGE/MAG.: SLC  CLERK: JLS  REPORTER: Zoom Recording
PROBATION OFFICER: ___  INTERPRETER: ___  SWORN: YES ☐ NO ☐
CASE NUMBER: 21-cr-18-wmc  CASE NAME: USA v. Kelly Harper
PROCEEDING: Status Conference

**APPEARANCES:**
ASST. U.S. ATTY.: Chadwick Elgersma  DEFENDANT ATTY.: Joseph Bugni

DEFENDANT PRESENT:  ☐ YES  ☒ NO  ☒ EXCUSED BY COURT

Trial set for August; briefing on pretrial motions to be completed by 7/9/2021.

TOTAL COURT TIME: 12 min