Tonya Damron
Hazelton SFF
P.O. Box 3000
Bruceton Mills WV. 26525



SCANNED

Western District of Wisconsin
Att. Judge Conley
120 North Henry St.
Rm. 320
Madison WI. 53703